**No. 60158.**—Hermes of Paris, Inc., and American Express Company v. United States, protests 254332–K, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of books printed wholly or chiefly in a language other than English the same in all material respects as those the subject of *Hermes of Paris, Inc.*, and *American Express Co.* v. *United States* (32 Cust. Ct. 333, C. D. 1623), the claim of the plaintiffs was sustained.